IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| HAROLD HOWARD, | : | CIVIL ACTION |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| LESLIE RICHARDS, Secretary of Pa. Dept. of Transportation *et al.*, | : | NO. 14-6794 |
| Defendants. | : |  |

## ORDER

**AND NOW**, this ___ day of October, 2015, upon consideration of Defendants' Motion to Dismiss Amended Complaint (Docket No. 11) and Plaintiff's failure to respond to that motion, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss (Docket No. 11) is **GRANTED**.
2. Plaintiff's claims are **DISMISSED with prejudice**.
3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge